IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                Case No. 09-32749-DHW
                                                         CHAPTER 13
SCHLETHA N. UNDERWOOD,

       Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on October 7, 2009.

2. The debtor(s) § 341 Meeting of Creditors was held November 12, 2009.

3. Confirmation is set for December 14, 2009.

4. 11 U.S.C. § 1308 requires that in a Chapter 13 case, the debtor shall file with appropriate taxing authorities all tax returns for all taxable periods ending during the four-year period ending on the date of the filing of the petition.

5. As of the meeting of creditors held on November 12, 2009, the debtor had not yet filed all tax returns for the four years prior to the filing of this case or submitted an affidavit stating she was not required to file tax returns.

WHEREFORE, the above premises considered, the Trustee objects to confirmation, as the debtor(s) has failed to comply with the provisions of 11 U.S.C. § 1308.

Respectfully submitted December 1, 2009

                                                   Curtis C. Reding
                                                   Standing Chapter 13 Trustee

                 By:      /s/ Tina J. Hayes
                            Tina J. Hayes
                            Staff Attorney
                            ASB-9847-C32H

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

**CERTIFICATE OF SERVICE**

      I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, December 1, 2009

                                        /s/ Tina J. Hayes
                                        Tina J. Hayes

Schletha N. Underwood
616 Martin Luther King Jr. Dr.
Prattville, AL 36067

Vonda S. McLeod (electronic filing)